UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK TODD, | No. 2:13-cv-0219 JAM AC PS |
| Plaintiff, | |
| v. | ORDER |
| WILLIAM CROW, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed this action on February 5, 2013, together with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff was granted leave to proceed in forma pauperis on May 6, 2013. On February 3, 2014, this action was dismissed with prejudice as untimely. Plaintiff has since filed a timely Notice of Appeal. ECF No. 13.

On February 19, 2014, the Ninth Circuit Court of Appeals filed a Referral Notice, referring this matter to the district court for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith. See 28 U.S.C. § 1915(a)(3). An appeal is taken in "good faith" where it seeks review of any issue that is "nonfrivolous." Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002). An issue is "frivolous" if it has "no arguable basis in fact or law." See O'Loughlin v. Doe, 920 F.2d 614, 617 (9th Cir. 1990).

Here, plaintiff's Notice of Appeal does not identify what portion of the court's February 3, 2014, order he seeks to appeal. Nonetheless, the undersigned has fully considered the matter and

1

finds that reasonable jurists could not disagree with the district court's resolution of plaintiff's claims. Nor could reasonable jurists conclude that the issues presented are adequate to deserve encouragement to proceed further. The fact that plaintiff failed to file within the applicable statute of limitations is so clear that no reasonable person could suppose an appeal would have merit. Accordingly, any appeal would be frivolous or taken in bad faith, and plaintiff's in forma pauperis status should be revoked

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's in forma pauperis status is revoked; and
2. The Clerk of the Court is directed to notify the United States Court of Appeals for the Ninth Circuit of this determination pursuant to the appellate court's Referral Notice.

DATED: February 27, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE